THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* GAETANO GUBITOSI, Appellant.

*People* v. *Gubitosi*, 160 App. Div. 889, appeal dismissed.
(Submitted April 20, 1914; decided April 28, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 19, 1913, which affirmed a judgment of the Court of General Sessions of the Peace rendered upon a verdict convicting defendant of the crime of possessing lottery slips.

The motion was made upon the ground of failure to file the required return.

*Charles S. Whitman, District Attorney*, for motion.

No one opposed.

Motion granted and appeal dismissed.